UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
United States of America

            -against-                                    NOTICE OF APPEARANCE

                                        Docket No. 07-MAG-710
                                **Judge/Magistrate Judge** _____
                                **Date: July 30, 2007, 2007**

 Igor Vaksman
                       **Defendant.**
_____r

PLEASE TAKE NOTICE, that I have been retained by Igor Vaksman the above named Plaintiff/Defendant. I was admitted to practice in this District on 12/80.

                                        James J. DiPietro
                                        186 Joralemon Street
                                        Brooklyn, New York 11201
                                        (718) 875-4207